SULLIVAN ex rel. CHIU GING WAH v. TILLINGHAST, Commissioner of Immigration.

Circuit Court of Appeals, First Circuit, October 23, 1928.

No. 2254.

Joseph F. O'Connell, of Boston, Mass., for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. For the reasons set forth in the opinion of the District Court, the decree of the District Court is affirmed.